1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
3  703 South Eighth Street
   Las Vegas, Nevada 89101
4  (702) 388-4469 Tel.
   (702) 386-9825 Fax
5  *thatfield@hatfieldlawassociates.com*

6  *Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY MAPLES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, a foreign corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-02701-JCM-PAL<br><br>**STIPULATION AND ORDER AND REQUEST TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION BEFORE MAGISTRATE JUDGE FOLEY**<br>(First Request) |

COMES NOW, Plaintiff GARY MAPLES ("Plaintiff"), by and through his counsel, the law firm of HATFIELD & ASSOCIATES, LTD., and Defendant NATIONAL SECURITY TECHNOLOGIES, LLC ("Defendant"), by and through its counsel, the law firm of JACKSON LEWIS P.C., stipulate and agree to reschedule the Early Neutral Evaluation Session scheduled for April 17, 2018, by Order Scheduling Early Neutral Evaluation Session (ECF No. 14), that was filed on February 28, 2018. This is the first stipulation to reschedule the Early Neutral Evaluation Session.

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4. The reason for this request is that Defendant's client representative is unavailable on April 17, 2018 due to business obligations. Accordingly, Defendant's counsel contacted counsel for Plaintiff, and Plaintiff's counsel agreed to stipulate to move the ENE Session to a date when all required attendees can

attend. The Parties further request that the deadline to submit Confidential ENE Statements be correspondingly extended based upon the new date set for the ENE Session.

The parties have conferred and the date available to both parties for an ENE Session is: May 8, 2018.

This request is being brought in good faith and is not sought for any improper purpose or other purpose of delay. This request is brought only so that all required attendees may participate in the ENE Session, pursuant to this Court's February 28, 2018 Order.

Dated: March 2, 2018

HATFIELD & ASSOCIATES, LTD.

　　/s/ *Trevor J. Hatfield*
By:_____
Trevor J. Hatfield, Esq.
Nevada Bar No. 7373
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
Email: thatfield@hatfieldlawassociates.com

*Attorneys for Plaintiff*

Dated: March 2, 2018

JACSKON LEWIS P.C.

By: */s/ Joshua A. Sliker*_____
Joshua A. Sliker, Esq.
Nevada Bar. No. 12493
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 921-2486 Tel.
(702) 921-2461 Fax
Email: joshua.sliker@jacksonlewis.com

Kirsten A. Milton, Esq.
Nevada Bar No. 14401
150 North Michigan Ave., Suite 2500
Chicago, IL 60601
(312) 787-4949 Tel.
(312) 787-4995 Fax
Email: kirsten.milton@jacksonlewis.com

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____March 5_____, 2018

2

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of March, 2018, I electronically filed the foregoing **STIPULATION AND ORDER AND REQUEST TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION BEFORE MAGISTRATE JUDGE FOLEY** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 2nd day of March, 2018.

By: */s/ Freda P. Brazier*
An Employee of Hatfield & Associates, Ltd.