UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| GARY MAPLES, | Case No. 2:17-cv-02701-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| NATIONAL SECURITY TECHNOLOGIES, LLC, | |
| Defendant. | |

This matter is before the court on the parties' failure to file a joint interim status report. The parties' Discovery Plan and Scheduling Order which was prepared by the parties and approved by this court in an Order (ECF No. 19) entered March 13, 2018 required the parties to file a joint interim status report no later than **June 7, 2018**.

Accordingly,

**IT IS ORDERED** that the parties shall file the joint interim status report no later than **July 10, 2018**.

DATED this 26th day of June, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE