JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
joshua.sliker@jacksonlewis.com

KIRSTEN A. MILTON, ESQ.
Nevada Bar No. 14401
**JACKSON LEWIS P.C.**
150 North Michigan Avenue
Suite 2500
Tel: (312) 787-4949
Fax: (312) 787-4995
kirsten.milton@jacksonlewis.com

*Attorneys for Defendant*
*National Security Technologies, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY MAPLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02701-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiff GARY MAPLES, Defendant NATIONAL SECURITY TECHNOLOGIES, LLC, through their undersigned counsel of record, that the above-entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 11th day of July, 2018.

| HATFIELD & ASSOCIATES, LTD. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Trevor J. Hatfield<br>TREVOR J. HATFIELD, ESQ.<br>Nevada Bar No. 7373<br>703 S. 8th Street<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff Gary Maples* | /s/ Joshua A. Sliker<br>KIRSTEN A. MILTON, ESQ.<br>Nevada Bar No. 14401<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant National Security Technologies, LLC* |

**ORDER**

IT IS SO ORDERED.

U.S. DISTRICT COURT JUDGE

Dated: July 12, 2018